JOSEPH M. McMULLEN
California State Bar Number 246757
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: Joseph_McMullen@fd.org

Attorneys for Mr. Hurtado-Ortiz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR2400-GT |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE CHANGE OF PLEA / SENTENCING HEARING |
| JOSE ENCARNACION HURTADO-ORTIZ, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the joint motion to continue the Change of Plea / Sentencing Hearing in this matter now scheduled for September 28, 2007 at 9:00 a.m. be continued until October 12, 2007 at 9:00 a.m. It is further ordered that time be excluded under the Speedy Trial Act in the interest of justice so that the parties may negotiate an agreed upon disposition in this case.

**IT IS SO ORDERED**.

Dated: September 27, 2007

HONORABLE GORDON THOMPSON
UNITED STATES DISTRICT JUDGE